No. 4419.—SCHLÜTER & CÍA., aplda., *v.* GONZÁLEZ ET AL.,

apltes.—C. D. San Juan. Junio 28, 1928. Vistos·la moción de reconsideración y el sugerido conflicto entre este caso y el de *Fernández* v. *Alonso Riera y Co.,* resuelto el 4 de mayo último, (pág. 155) y visto también el caso de *Campos* v. *Corte de Distrito,* 35 D.P.R. 621, se reconsidera la resolución de la corte de mayo 31, 1928 (pág. 246), y se señala una nueva vista de la moción de desestimación para el día 9 de julio de 1928, a las 2 p. m.